IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BOB STEPHENSON | § | |
| | § | |
| versus | § | CIVIL ACTION NO. H-01-4471 |
| | § | |
| HONEYWELL INTERNATIONAL INC. | § | |

## NOTICE OF HEARING

Parties are advised that a **Hearing** is set for **February  08 , 2002 @  2:00 p.m.**  before United States District Judge Vanessa D. Gilmore, in courtroom 9-A, 9th Floor of the United States Courthouse located at 515 Rusk, Houston Texas.

To insure full notice, each party receiving a copy of this notice shall serve a copy of it upon all other parties.

Michael Milby, Clerk

By B. Thomas, Relief Case Manager to
U. S. District Judge Vanessa D. Gilmore

Date: January 23, 2002

