# COURTROOM MINUTES

United States Courts
Southern District of Texas
FILED

FEB 0 8 2002

Michael N. Milby, Clerk of Court

JUDGE __VANESSA D. GILMORE__

CLERK __B. Thomas__

RPTR __F. Warner__

LAW CLERK_____

United States Courts
Southern District of Texas
ENTERED

FEB 2 2 2002

Michael N. Milby, Clerk

MORNING SESSION _____

AFTERNOON SESSION __2:10 - 2:20__

DATE: __February 8, 2002__

Civil Action No. __H-01-4471__

__Stephenson__        versus        __Bendix Foundation__

DOCKET ENTRY

(VDG) __STATUS HEARING__                                              (Rptr. - Fred Warner)
        (PROCEEDING)

The court was informed that the friction products claims cases were remanded to state court by Judge Alfred Wolin United States District Judge for the District of Delaware.

The court finds on all cases pending related to Federal-Mogul Bankruptcy that the cross claims against Federal-Mogul are not sufficient to invoke "related to" jurisdiction.

This court lacks subject matter jurisdiction and there is no contribution claim to provide a basis for "related to" jurisdiction. All of Plaintiffs Motion to Remand are **GRANTED**. The court enters sua sponte an order of remand any cases which have failed to file motions to remand. The Abstention issue is **MOOT**. Defendants Motions to Stay are **DENIED AS MOOT**. Defendants Motions to Transfer are **DENIED AS MOOT**. All other motions pending are **DENIED AS MOOT**.